## NORTHERN PACIFIC RAILWAY COMPANY *v.* SLAGHT.

### ERROR TO THE SUPREME COURT OF THE STATE OF WASHINGTON.

No. 153.   Submitted January 11, 1907.—Decided March 11, 1907.

Decided on authority of *Northern Pacific Railway Co.* v. *Slaght, ante,* p. 122.

*Mr. Charles W. Bunn,* with whom *Mr. James B. Kerr* was on the brief, for plaintiff in error.[1]

No counsel appeared for defendant in error.[1]

MR. JUSTICE MCKENNA delivered the opinion of the court.

THIS case was submitted with No. 152, the questions being identical. On the authority of that case the

*Judgment is affirmed.*

MR. JUSTICE BREWER took no part in the decision of these cases.

[1] See abstracts of arguments in *Northern Pacific Railway Company* v *Slaght, ante,* p. 122, argued simultaneously herewith.